| | |
|---|---|
| DISTRICT COURT<br>CITY & COUNTY OF DENVER, COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: May 18, 2017<br>CASE NUMBER: 2017CV31830 |
| **Plaintiff: ERIN PETERSON**<br><br>**v.**<br><br>**Defendant: USAA LIFE INSURANCE COMPANY** | ▲ **COURT USE ONLY** ▲ |
| | **Case Number: 2017CV31830**<br><br>**Courtroom: 414** |
| **DELAY REDUCTION ORDER** | |

All civil courtrooms are on a delay reduction docket.

A.  In all civil actions, the following deadlines must be met:

   1.  <u>Trial and Case Management Conference Settings</u>:

      a.  The Responsible Attorney as defined in C.R.C.P. 16(b)(2) shall file and serve a Notice to Set the case for trial and shall complete the setting of the trial within 28 days from the date the case becomes at issue. A case shall be deemed "at issue" when all parties have been served and have filed all pleadings permitted by C.R.C.P. 7, or defaults or dismissal have been entered against all non-appearing parties, or at such other time as the Court shall direct.

      b.  If the parties do not request to dispense with a case management conference (see ¶ 1(d) below), the notice to set trial shall also include a notice to set a Case Management Conference as required in C.R.C.P. 16(d)(1), to be held no later than 49 days after the case is at issue.

      c.  At least 7 days before the Case Management Conference, the parties shall file, in editable format, a proposed Case Management Order consisting of the matters set forth in C.R.C.P. 16(b)(1)-(17) and take all necessary actions to comply with those subsections.

      d.  All parties represented by counsel may, not later than 28 days after the case is at issue, file a proposed Case Management Order in compliance with C.R.C.P. 16(b) and may jointly request the Court to dispense with a Case Management Conference.

1

2.    <u>Service of Process</u>: Returns of Service on all defendants shall be filed within 63 days after the date of the filing of the complaint.

3.    <u>Default Judgment</u>: Application for default judgment shall be filed within 28 days after default has occurred.

4.    <u>Cases Filed Under C.R.C.P. 16.1</u>:

    a.    Not later than 49 days after the case is at issue, the Plaintiff (or the Responsible Attorney) shall file a Certificate of Compliance as required under C.R.C.P. 16.1(h). No Case Management Order or Case Management Conference is required.

B.    Additionally, in all civil actions, the following provisions apply:

1.    IF AN ATTORNEY OR *PRO SE* PARTY FAILS TO COMPLY WITH THIS ORDER, THE COURT MAY DISMISS THE CASE WITHOUT PREJUDICE. THIS ORDER SHALL BE THE INITIAL NOTICE REQUIRED BY C.R.C.P 121 § 1-10, AND C.R.C.P. 41(B)(2).

2.    Plaintiff shall send a copy of this order to all other parties who enter an appearance.

3.    An attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case an Information Regarding Related Case(s) form available at:

4.    https://www.courts.state.co.us/userfiles/file/Information_Regarding_Related_Cases_Form(1).doc **or** in Room 256 of the City and County Building.

cc:    Plaintiff(s) or Plaintiff(s) Counsel

Date:    May 18, 2017

    BY THE COURT:

/s/Robert L. McGahey Jr
District Court Judge
Denver District Court

2