IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01514-CMA-KMT

ERIN PETERSON,

    Plaintiff,

v.

USAA LIFE INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Defendant's Motion for Summary Judgment (Doc. # 100) entered by the Honorable Christine M. Arguello on October 26, 2018, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant USAA Life Insurance Company's Motion for Summary Judgment (Doc. # 74) GRANTED.  It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that judgment is entered in favor of the Defendant, USAA Life Insurance Company, and against Plaintiff, Erin Peterson.  It is

FURTHER ORDERED that as the prevailing party, the Defendant is AWARDED its reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1), and D.C.COLO.LCivR. 54.1.

DATED: October 26, 2018.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ S. West
   S. West, Deputy Clerk